IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRADLEY JOSEPH STEIGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:16cv893-MHT |
| | ) | (WO) |
| ST. ATTY. GEN. LUTHER | ) | |
| STRANGE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff Bradley Joseph Steiger filed this action asserting that he was denied proper credit for time spent in jail and his prison-release date was not properly calculated. His complaint seeks an order for his immediate release from all state custody or confinement, compensatory damages, punitive damages, and any additional relief deemed appropriate by the court. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that Steiger's case be dismissed.

Also before the court are Steiger's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**