IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRADLEY JOSEPH STEIGER,      )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )      2:16cv893-MHT
                             )          (WO)
ST. ATTY. GEN. LUTHER        )
STRANGE, et al.,             )
                             )
     Defendants.             )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Bradley Joseph Steiger's objections (doc. no. 43) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 40) is adopted.

(3) Plaintiff Steiger's claims against defendants Mary Becker Windom, Eugene Reese, Lyn Stuart, Michael F. Bolin, Tom Parker, Glenn Murdock, Greg Shaw, James

Allen Main, Alisa Kelli Wise, and Tommy Bryan are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) & (iii).

(4) Plaintiff Steiger's claims against defendants Ruby Jones-Thomas, Mark Bruton, Luther Strange, Anne Hill, and Bart Harmon are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

(5) Plaintiff Steiger's claims against defendant Scott Mitchell are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i).

(6) To the extent plaintiff Steiger's claims seek to challenge to the constitutionality of his confinement under the sentence imposed upon him by the Circuit Court for Lowndes County, such claims are dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii), as they are not properly before the court at this time.

(7) All pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff Steiger, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2017.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**